UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANGELA DELORES WARREN

Case No. 15-cv-03655-YGR

**ORDER TO SHOW CAUSE**

TO APPELLANT 5810-5816-5818 MISSION STREET HOMEOWNER'S ASSOCIATION AND ITS COUNSEL OF RECORD:

The notice of appeal in the above-captioned case was filed on August 11, 2015. (Dkt. No. 1.) The Court has not yet received a copy of the record on appeal for docketing pursuant to Federal Rules of Bankruptcy Procedure 8009-10. Appellant has apparently failed to file timely the designation under Rule 8009(a) with the bankruptcy court. Appellant is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Bankruptcy Procedure 8020(b). The Court hereby **SETS** a hearing on this order to show cause for **December 11, 2015** at **9:01 a.m.** in the Federal Courthouse at 1301 Clay Street, Oakland, California, Courtroom 1. Appellant shall file its response to this order by **December 4, 2015**. The response shall not exceed five (5) pages. Appellees may file a response thereto, not to exceed five (5) pages, by **December 7, 2015**.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**