UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ANGELA DELORES WARREN** | Case No. 15-cv-03655-YGR<br><br>**ORDER VACATING SHOW CAUSE HEARING AND SETTING BRIEFING SCHEDULE** |

In light of appellant's filing (Dkt. No. 6) in response to the Court's December 1, 2015 Order to Show Cause (Dkt. No. 5), the Court hereby **VACATES** the show cause hearing set for December 11, 2015. The Court sets the following briefing schedule:

Appellant shall file its brief within seven days after receipt of the transcript, but in no event beyond **December 21, 2015** without good cause shown and leave granted. Appellee's brief shall be due the later of thirty (30) days after appellant's brief is filed or **February 8, 2016**.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**