UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**ANGELA D. WARREN** | Case No. 15-cv-03655-YGR<br><br>**ORDER GRANTING APPELLEE'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Re: Dkt. No. 17 |

Appellee Angela D. Warren filed her Motion for Attorney's Fees and Costs on April 27, 2016. (Dkt. No. 17, the "Motion.") Concurrently with her Motion, Appellee filed the Declaration of Susan J. Cofano in support of her motion (Dkt. No. 17-1), and Appellee also filed a Bill of Costs on April 25, 2016 (Dkt. No. 16). Responses to the Motion were due by May 11, 2016, but none has been filed.

Having reviewed the Motion, the Bill of Costs, and the Declaration of Susan J. Cofano, and good cause appearing, the Court **GRANTS** the Motion as unopposed and on the merits, and the Court **ORDERS** Appellant 5810-5816-5818 Mission Street Homeowners' Association to pay Appellee $13,972.50 in attorney's fees, and costs as allowed by law.

This Order terminates Docket Number 17.

**IT IS SO ORDERED.**

Dated: May 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**