UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**ANGELA D. WARREN** | Case No. 15-cv-03655-YGR<br><br>**ORDER DENYING THE EX PARTE APPLICATION OF ANGELA D. WARREN FOR WRIT OF EXECUTION**<br><br>Re: Dkt. No. 20 |

The Court has received applicant Angela Warren's Ex Parte Application for Writ of Execution, filed pursuant to Federal Rule of Civil Procedure Rule 69 (Dkt. No. 20), seeking a Writ of Execution on the outstanding and unpaid Order approving Warren's request for an award of attorney's fees and costs against 5810-5816-5818 Mission Street Homeowners' Association, also known as 5810-5816-5818 Mission Street Owners' Association (Dkt. No. 19).  Pursuant to 28 U.S.C. § 1981, the federal courts apply an interest rate "equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System.  The Court hereby **DENIES** the Application without prejudice.  The applicant shall file a renewed application for a writ of execution applying the proper interest rate, and shall also submit a declaration in support of the application explaining the interest rate calculation.

This Order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**